FRANK MASCARENA
360 GALEN WAY
DEER LODGE, MT. 59722

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF | |
| FRANK MASCARENA | CASE NO |
| PETITIONER \| PLAINTIFF VS | JUDGE |
| INDIVIDUAL/OFFICIAL CAPACITIES | |
| DR DANIAL BEMPROO | COMPLAINT |
| MONTANA STATE HOSPITAL | 42 USC §1983 CRUEL AND UNUSUAL PUNISHMENT |
| RESPONDENT \| DEFENDANT | MEDICAL MALPRACTICE |

JURISDICTION & VENUE

PURSUANT TO 28 U.S.C § 1746 UNSWORN DOCUMENTS · PENALTY · PERJURY

THIS IS A CIVIL ACTION WITH FEDERAL QUESTION PURSUANT TO 28 USC § 1331. THIS COMPLAINT HAS ALLEGATIONS AGAINST THE DEFENDENTS, IN WHICH THE PLAINTIFFS SEEKS INJUNCTIVE RELIEF PURSUANT TO RULE 65(A)(B) OF THE FEDRCIVP. THE PLAINTIFF SEEKS DECLARATORY RELIEF AND COMPENSATORY DAMAGES EXPLAINED INSIDE THE STATEMENT OF CLAIM THE REASONS OF THE DAMAGES AND THE AMOUNT OF THE AWARD. PURSUANT TO 42 USC §1983 · AMENDMENT 14 §1 THIS COURT HAS JURISDICTION DUE TO ITS LOCATION AND ITS WHERE THE EVENTS TOOK PLACE AND ARE CURRENTLY ARISE.

PARTIES INVOLVED

PLAINTIFF. PRO SE

FRANK MASCARENA IS A CURRENT PATIENT IN THE MONTANA STATE HOSPITAL FORENSIC UNIT IN GALEN WAY DEER LODGE MONTANA WHICH

PARTIES    INVOLVED

IS A BRANCH OF THE MAIN CAMPUS, WHICH IS AROUND 7 MILES ORS
MILES SOUTH OF GALEN, IN WARM SPRINGS, MONTANA. THE STATE
CRIMINAL COURT OF THE 13TH DISTRICT, IN YELLOWSTONE COUNTY
HAS NOT ALLOWED THE PLAINTIFF TO FILE CIVIL LAWSUITS IN THE
13TH DISTRICT, DUE TO THE STATUS HE HAS BEEN FOUND BY DR. CHESSEN
AS UNFIT TO PROCEED IN THE MONTH OF JULY, IN THE CRIMINAL
PROCEADURES. HOWEVER THRU 42 USC § 1981 (@) EQUAL PROTECTION UNDER
COLOR OF STATE LAW THE PLAINTIFF UNDERSTANDS THAT HE HAS THE
RIGHT TO SUE AS PRO SE IN THAT COURT OR ANY COURT, AND THAT
THE STATUS IN THE CRIMINAL PROCESS IN THE 13TH DOES NOT
SUPERSEDE OVER THIS COURT OR ITS CIVIL RIGHTS. THIS HAS
BEEN A PROBLEM, AND AN ISSUE RECENTLY, AND ITS CONCERNS.
THE PLAINTIFF WRITES THIS DOCUMENT, WITHOUT THE HELP OF
ANY SELF HELP LAW BOOKS, SO HE APOLOGIZES FOR ANY PROCEDURE
ERRORS, AND WILL DO HIS BEST TO EXPLAIN, AND STATE HIS CLAIM.

## DEFENDANTS.

DR. BEMPROD IS A PATIENT PSYCHIATRIST IN THE FORENSIC UNIT
OF THE MONTANA STATE HOSPITAL, IN GALEN OR DEER LODGE, MT.
HE IS THE PLAINTIFFS PRIMARY CARE PSYCHIATRIST IN THE M.S.H
FORENSIC UNIT. HE IS THE MAIN REASON THE PLAINTIFF BRINGS
THIS CIVIL SUIT TO THIS COURTS ATTENTION. HIM, AND THE PLAINTIFF
DO NOT SEE THINGS THE SAME WAY, OR HAVE THE SAME OUTLOOK IN
THE PAST CIVIL ISSUES FROM THE 13TH JUDICIAL DISTRICT COURT,
AND THE ROLE THEY PLAY AS TO WHY HE HAS BEEN FOUND UNFIT IN
THE CRIMINAL PROCEDURES. MOREOVER, HIS EXPERTISE ON THE PROCESS
OF ESTABLISHING THE PLAINTIFFS STATUS OF FITNESS TO PROCEED HAS
FEDERAL QUESTION WITH ITS INVOLVEMENT, WITH ITS LEGAL INPUT IN
THE PROCESS OF FITNESS TO PROCEED. WHICH FALLS OUTSIDE OF HIS
MEDICAL PURPOSE TO ESTABLISH THE STATUS OF FITNESS OR TO GET HIS
PATIENT FIT. HENCE FORWARD THE PLAINTIFF BELIEVES THE DR'S PROCESS
OF MEDICATION DISTRIBUTION HAS BEEN ABUSIVE AND DISRUPTIVE

(2)

PARTIES                    INVOLVED

MONTANA STATE HOSPITAL. IS A STATE MEDICAL ENTITY THAT TAKES CARE OF MOSTLY MENTALLY ILL PATIENTS IN EITHER CRIMINAL OR CIVIL MATTERS. AND SINCE THEY ARE A STATE ENTITY THE FOURTEENTH AMERICAN AMENDMENT SECTION 1 APPLIES TO THIS LAWSUIT IN WAYS EXPLAINED IN THIS CIVIL ACTION WHICH ALONG WITH THE 8TH AMENDMENT AND 6TH AMENDMENT BRINGS FEDERAL QUESTION. MONTANA STATE HOSPITAL EMPLOYS DOCTOR DANIAL BEMPROD AND IS RESPONSIBLE FOR HIS CONDUCT TO FOLLOW HIS PROCEDURES IN A CONSTITUTIONAL MANNER. THEY ARE RESPONSIBLE FOR THE HEALTH AND SAFETY OF THE PATIENT FRANK MASCARENAS-CIVIL RIGHTS. THEY ARE THE CHAIN OF COMMAND ADOMINISTRATION WHO MAKE SURE THERE EMPLOYEES ARE SUPPOSED TO FOLLOW CIVIL PROCESS. BOTH DEFENDANTS ARE SEVERED AND SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY.

STATEMENT        OF        CASE

THE PLAINTIFF BRINGS FORTH TO THIS COURT THE STRUCTURE OF DELEBERATE INDIFFERANCE FROM THE OPPRESIVE TACTICS THE DEFENDANTS ARE USING. FRANK MASCARENA HAS BEEN FOUND UNFIT TO PROCEED IN HIS 5 CRIMINAL FELONIES HE HAS BEEN CHARGED WITH OUT OF JUDGE ROD SOUZAS COURT JURISDICTION IN THE 13TH DISTRICT COURT IN YELLOWSTINE COUNTY. PART OF THE REASON WHY THE PLAINTIFF HAS BEEN FOUND UNFIT TO PROCEED IS DUE TO A CIVIL LAWSUIT THAT THE PLAINTIFF FILED ON THE JUDGE ROD SOUZA AND THE DEPUTY COUNTY ATTORNEY BENJAMINE LANGBED IN WHICH BOTH WERE SEPERATE SUITS. ON MAY 24TH 2022 BOTH CIVIL SUITS WERE OPENED AS ROD SOUZA PRESIDING AS JUDGE. AFTER THE PLAINTIFF FILED NUMEROUS MOTIONS TO PROVE DEFAULT HAS BEEN PROVEN DUE TO THE JUDGE VIOLATING THE DUE PROCESS IN THE FACT THAT HE VIOLATED MONTANA CODE ANNOTATED 3-1-803 (1) DISQUALIFICATION OF JUDGES. WHICH EXPLAINS HOW HE MUST

3

NOT SIT OR ACT IN ANY PROCEEDING IN WHICH HE IS A PARTY
OR HE HAS INTEREST IN. HOWEVER IT BECAME EVIDENT THAT OTHER
JUDGES IN YELLOWSTONE COUNTY WERE NOT GOING TO HOLD SOUZA ACCOUNTA-
BLE FOR VIOLATING HIS OATH OF OFFICE OR FOR NOT ALLOWING
THE PLAINTIFF TO SUE HIM, AND THE COUNTY ATTORNEY IN THE
CONSTITUTIONAL MANNER. THIS TROUBLED THE PLAINTIFF, AND
DURING AN EVALUATION WITH DR CHESSEN AROUND THE 1ST OF
JULY THE PLAINTIFF MENTIONED THE CIVIL LAWSUIT SITUATION
TO DOCTOR CHESSEN AS THE MAIN ISSUE AS TO HIS OUTLOOK OF THE
CRIMINAL PROCEEDURE AND HOW HE SEES IT AS A SCANDAL AND
AGAINST THE LAWS. DOCTOR CHESSEN FOUND THE PLAINTIFF
UNFIT TO STAND TRIAL, AND SEVERAL MONTHS LATER A HEARING
SEPTEMBER, 15TH, 2022 AT THE YELLOWSTONE COUNTY COURTHOUSE
JUDGE SOUZA ORDERED THE PLAINTIFF TO THE MONTANA STATE
HOSPITAL FORENSIC UNIT FOR A 90 DAY FITNESS TO PROCEED EVALUATION
TO REFORM THE STATUS OF FITNESS. DURING THE HEARING THAT MORNING
DEFENSE ATTORNEY CALEB ERBACT MENTIONED TO JUDGE ROD SOUZA THAT
DR CHESSENS REPORTS INDICATE THAT BASED ON HIS EXPERTISE
MASCARENA WOULD MOST LIKELY NOT BE FOUND FIT IN THE FUTURE
EITHER. SEPTEMBER 19TH 2022 THE PLAINTIFF WAS TRANSPORTED
TO MONTANA STATE HOSPITAL FORENSIC UNIT IN GALEN MT.
ON THAT DAY HIS FIRST TREATMENT TEAM MEETING HE MET WITH
THE DEFENDANT DOCTOR DANIAL BEMPROO FOR THE FIRST TIME
AND DURING THAT MEETING HE MENTIONED HOW HIS ILLNESS
PLAYED A ROLE OF THE CIVIL SUITS HE FILED ON THE DEATH
COUNTY ATTORNEY AND JUDGE MIGHT HAVE BEEN A MISTAKE
AFTER THE POINT HIS LITHIUM HAD KICKED IN, IN JAIL
A FEW MONTHS PRIOR TO THAT DAY OF SEPTEMBER 19TH

AFTER AROUND 1 WEEK OF HIS FIRST DOSE OF BEING BACK ON THE MEDICATION AFTER YEARS. HIS CHANGE OF MIND WAS SHORT LIVED THOUGH IS HOW HE MEANT IT, THE PLAINTIFF EXPLAINED THAT 1200 MGS OF LITHIUM IS TO MUCH AND TAKES AWAY HIS ENERGY TO WANT TO DO ANYTHING HE USUALLY ENJOYS LIKE WRITING POETRY OR PRACTICING LAW STUDIES AND ASKED IF THE DOCTOR WOULD ALLOW HIM TO ONLY TAKE 600 MGS DAILY. DOCTOR BEMPROD DENIED IT AND SAID HE WOULD LIKE TO CHECK THE LITHIUM LEVELS IN THE PLAINTIFFS BLOOD LAB RESULTS TO DETERMINE IF HE COULD GO DOWN TO 600 OR IF HE SHOULD STAY AT 1200 MGS. THE PLAINTIFF ALLOWED THE DOCTOR TO REMAIN AT 1200 MGS. HOWEVER AFTER 1 MONTH OF TRYING TO ADJUST AND GET COMFORTABLE WITH THAT DOSE THE PLAINTIFF FELT CONSTANTLY FATIGUED AND HAVING NO INTEREST IN READING OR WRITING OR EXERCISING OR DOING ANYTHING BUT FEEL BORED LONESOME AND OVERSLEEPING TO THE POINT OF FALLING INTO A CYCLE OF ANXIETY AND DEPRESSION KNOWING HE IS NOT OR HAS LOST FOCUS TO PREPARE FOR HIS CRIMINAL PROCEDURE. WITHIN 3 WEEKS HE ALREADY GAINED AROUND AN UNCOMFORTABLE 15 POUNDS AND THE NOTICE IN HIS APPETITE WAS OVERWHELMING WITH THE CONSTANT FEELING OF HUNGER. THESE SIDE EFFECTS WERE TO MUCH AND HE EXPLAINED TO DR BEMPROD TIME AFTER TIME THAT HE NEEDED TO LOWER THE DOSE TO ATLEAST 600 MGS DAILY. DR BEMPROD ONLY AGREED TO TRY 900 MGS, THEN KEPT USING THE LITHIUM BLOOD LEVELS AS AN EXCUSE TO SUBJECT THE UPSET PLAINTIFF TO HIGHER DOSES IF THEY DROPPED BELOW A CERTAIN

COMPLAINT
STATEMENT OF CASE

LEVEL. THE PLAINTIFF KEPT EXPLAINING TO THE DOCTOR THAT
IT MADE NO DIFFERENCE WHERE THE LEVELS WERE AT IN HIS
BLOOD IF HE WANTED OR NEEDED TO LOWER THE DOSE BECAUSE
HAVING LESS IN YOUR BODY IS LESS DANGEROUS ANYHOW THEN
HAVING HIGHER AMOUNTS AND HIGHER DOSES EQUALS HIGHER
LEVELS IN YOUR BLOOD AND TO HIGH OF LEVEES IS THE REASON
BLOOD LEVELS ARE MONITORED ANYHOW. HOWEVER THE DOCTOR
WOULD NOT AGREE WITH HIS KNOWLEDGE AND KEPT USING THE
LEVELS TO TRY AND MANIPULATE THE PLAINTIFF INTO BELIEVING
THAT IF THE LITHIUM LEVELS WERE TO LOW HE WOULD NEED
TO RAISE THE DOSE. THE PLAINTIFF FELT OFFENDED AND BEGAN
TO ARGUE HIS POINT TO THE POINT OF LASHING OUT DURING
THE TREATMENT TEAM MEETINGS ONCE EVERY WEEK. HE THEN
TOOK MATTERS INTO HIS OWN HANDS AND TOOK ONLY 150 MGS IN
THE AM PILL PASS AND 150 MGS IN PM PILL PASS & REFUSED
THE EXTRA 300 MG LITHIUM PILL FOR EACH PILL PASS. THEN
THE DOCTOR GAVE ORDERS TO NURSE MORGAN THAT THE DEFENDANT
MADE IT CLEAR THAT IF HE WOULD NOT TAKE THE 900 MGS
DAILY HE COULD NOT TAKE ANY LITHIUM AT ALL. THE
PLAINTIFF BEGGED HER FOR HIS 150 MGS OF LITHIUM AND
EXPLAINED HE NEEDED IT OR HE GETS DEPRESSED BUT ALSO
EXPLAINED THAT ANYTHING MORE THEN 300 MGS WAS TO
MUCH AND MADE HIM FEEL DOWN AND OUT. NURSE MORGAN
ALSO KEPT USING THE BLOOD LEVELS AS A TACTIC TO CONVINCE
THE  PLAINTIFF HE MUST TAKE 900 MGS DAILY. FINALLY AFTER
THE PLAINTIFF SPOKE WITH CATHY WHO IS THE SUPERVISOR

OF THE FORENSIC UNIT. AND HE EXPLAINED TO HER HOW HE KEEPS HIS 150 MGS SHE SEEMED CONCERNED, BUT FAILED TO RESOLVE THE ISSUE THAT DAY SO THE PLAINTIFF TRICKED NURSE MORGAN INTO TAKING BOTH PILLS, BUT ONLY TOOK 150 MGS AND GAVE HER BACK THE 300 MG PINK COLORED LITHIUM PILL. ABOUT 1 HOUR LATER HE BEGAN TO FEEL MORE RELAXED. THE NEXT WEEK DOCTOR REMROD LOWERED THE DOSE TO 300 DAILY BUT IS NOW MAKING THREATS TO RECIEVE A COURT ORDER TO COMPEL HIGHER DOSES OR FROM THE SOUNDS OF IT TO USE INJECTION BY RESTRAINT OF ANY DRUG THE DOCTOR OBTAINS AN ORDER TO COMPEL USING SECURITY STAFF TO TACKLE THE UNWILLING PLAINTIFF TO THE GROUND, AND HAVE A NURSE INJECT HIM. THE PLAINTIFF LIVES IN FEAR EVERYDAY AND EVERY HOUR DUE TO THE ISSUE HE FACES NOW ALL FOR THE FACT HE DOES NOT WANT OR NEED THE DOSE DOCTOR REMROD IS AMBITIOUS ON MAKING MASCARENA TAKE IN WHICH HE BELIEVES WILL OR IS THE KEY TO HIS FITNESS TO PROCEED. HOWEVER SINCE THE 300 MGS DAILY HAS BEEN APPROVED AND TAKEN THE PLAINTIFFS MOOD HAS IMPROVED AND HE IS NOW DIETING, FASTING, EXERCISING, SLEEPING LESS AND STUDYING LAW PROCEEDURES WHICH HE IS IN LOVE WITH AND USES IT AS A TYPE OF COPING SKILL THAT IS THERAPUTIC AND HELPS HIM VENT OUT HIS TROUBLES IN LIFE. HOWEVER THIS IS NOT THE ONLY OR MAIN REASON HE WRITES TO THIS COURT THIS IS JUST AN EXPRESSION OF HOW MUCH BETTER

STATEMENT          OF          CASE

HE HAS BEEN FEELING SINCE HIS LITHIUM BLOOD LEVELS HAVE
DROPPED. THE PLAINTIFF IS FAMILIAR WITH THIS MEDICATION
AND HAS BEEN ON IT FOR NEARLY 8 YEARS AND 300mgs
DAILY HAS ALWAYS BEEN THE CORRECT AMOUNT AND ALONG
WITH HIS ADHD MEDICATION THE 300 MGS DAILY IS A
WELL FORMULATED BALANCE. HOWEVER IN THE PAST THE
PLAINTIFF HAS USUALLY TAKEN ADHD MEDICATIONS SUCH
AS DEXIDRINE OR ADDERRAL WHICH MONITORS HIS ADHD
MORE CONDITIONALLY THEN THE MEDICATION STRETTERA DOES.
HOWEVER DOCTOR BEMPROD HAS THE PLAINTIFF ONLY ON 50 MGS
OF STRETTERA AND WILL NOT APPROVE ADDERRAL OR DEXIDRINE
AND THE PLAINTIFF HAS MADE NUMEROUS ATTEMPTS TO INCREASE
THE AMOUNT OF STRETTERA, AS HE HAS BEEN ON 120 MGS IN
THE PAST, AND THE 50mgs BARELY STIMULATES HIM, ENOUGH
TO HELP HIM CONCENTRATE. AS 50 MGS IS THE AMOUNT
PRESCIBED FOR CHILDREN. THE PLAINTIFF IS FAMILIAR
AS HE HAS BEEN DIAGNOSED WITH SEVERE ADHD, AND
BI-POLAR MANIC, AND RECIEVES SOCIAL SECURITY
AND SOCIAL SECURITY DISABILITY INCOME FOR BOTH
ILLNESSES SINCE 2009. THE FRUSTRATION OF NOT BEING ABLE
TO CONCENTRATE NOW SINCE HIS INTEREST IN THINGS LIKE
WRITING HAVE COME BACK TO HIM SINCE THE LITHIUM
LEVELS HAVE DROPPED. HIS BEST SOLUTION FOR THIS IS TO WAIT
OR HOPE FOR A LOWER MORE CONTROLABLE MANIC EPISODE
ARRIVES WHICH BRINGS HIM CREATIVITY BUT THE FOCUS

STATEMENT OF CASE

CAN ALSO BECOME A BIT DISTORTED DUE TO THE ADHD DISTURBING HIM AND TRYING TO USE THE MANIA TO HELP HIS FOCUSE. SO IN OTHER WORDS THE 300MGS OF LITHIUM CONTROLS THE MANIA ENOUGH TO ALLOW A LIKEABLE AND NEEDED YET UNDERSTOOD, AND CONTROLLED THRU SELF AWARENESS FROM PAST EXPERIENCE. BUT THE ADHD WHEN NOT CONTROLLED INTERFERES WITH THIS PROCESS MUCH LIKE A LITTLE BOY WITH ADHD TRYING TO LISTEN TO HIS DADDY TELLING HIM TO CALM DOWN SO THEY CAN WATCH THE NEWS ON TELEVISION. SO IFF THE ADHD IS NOT PROPERLY CONTROLLED THEN THE PLAINTIFFS STRUGGLES WITH STUDYING THINGS HE ENJOYS LIKE PRACTICING LAW BECOMES A CHALLENGE. IN THE MONTHS PRIOR TO MONTANA STATE HOSPITAL WHILE IN Y.C.DF JAIL HE USED COFFEE TO CONTROL HIS ADHD HOWEVER THIS TYPE OF STIMULANT HE NOTICES ONLY HELPS TO AN EXTENT AND CAN ALSO INTERFERE WITH HIS SELF STUDIES DUE TO NOT HAVING THE CORRECT ELEMENTS TO MANAGE FULL CONCENTRATION BENEFITS THAT ADDERRAL HAS. OR HIGHER DOSES OF STRETTERA HAVE ENOUGH OR CLOSE TO ENOUGH THAT ALLOW HIM TO CONCENTRATE AND BE CREATIVE AT THE SAME TIME IN UNISON. BASED ON BELIEF THE DEFENDENT ALSO UNDERSTANDS THIS ALSO, AND THIS IS THE EXACT REASON HE DENIES OR ELSE IGNORES THE PLAINTIFFS CRIES TO FOCUSE ON HIS ADHD BEING THE MAIN CONCERN NOW THAT THE BI-POLAR IS WHERE HE NEEDS IT, AND IS VERY COMFORABLE WITH. WHICH BRINGS INTO COMPASS THE REASON

## STATEMENT OF CASE

WHY HE BELIEVES DOCTOR BEMPROD IS FOCUSED ON NOT ALLOWING THE PLAINTIFF TO BE MEDICATED IN THE MANNER HE ALREADY IS FAMILIAR WITH, AND UNDERSTANDS WILL ALLOW HIM TO BECOME MORE FIT TO PROCEED IN A MANNER THAT WILL ALLOW HIS FOCUSE TO PROTECT HIMSELF IN HIS UP, AND COMING COURT TRIALS. DUREING TREATMENT TERM MEETINGS THE DEFENDANT HAS BROUGHT UP THE REASON WHY HE BELIEVES THE PLAINTIFF IS UNFIT TO PROCEED PARTLY IS DUE TO THE REPORTS OF DR CLESSEN EXPLAINING HOW THE PLAINTIFF IS UPSET THAT THE JUDGE VIOLATED HIS CIVIL RIGHT TO SUE THE JUDGE THRU DUE PROCESS, AND HE FEELS UNFAIRLY TREATED, AND HAS CALCULATED AN UNFAIR TRIAL PROCEDURE. IN THE FUTURE WHERE THE SAME JUDGE, AND PROSECUTOR HE SUED WILL BE IN CONTROL OF. ALONG WITH HIS ATTORNEY, WHO REFUSES TO MOTION FOR CHANGE OF VENUE. OR CONSIDER THE CIVIL NEGLECT CIRCUMSTANCE. THE DEFENDENT ADMITS HE KNOWS NOTHING ABOUT CIVIL OR CRIMINAL PROCEDURE YET HE CONSTANTLY TRIES TO CONVINCE THE PLAINTIFF THE JUDGE HAS DONE NOTHING WRONG AND THE PROBLEM IS FROM FOCUSING ON HIS STUDIES OF LAW WHILE HE IS OVERLY MANIC AND TO FOCUSE ON FORGETTING THE ISSUE WITH THE JUDGE IN THE CIVIL MATTER, AND TO FOCUSE ON BECOMING ADAPTED TO THE EXTREMELY HIGH DOSAGE OF LITHIUM AND TO LOOK AT THE STUDIES OF LAW

COMPLAINT

STATEMENT OF CASE

AS A TYPE OF FOOLISH PAST FAILURE DUE TO THE FACT THAT HIS ATTEMPTS IN THE PAST HAVE ALL BEEN FAILURES AND STUDYING LAW TAKES YEARS TO ACHIEVE TO THE POINT OF BEING ABLE TO UNDERSTAND IT ENOUGH TO BE ABLE TO KNOW WHAT IS REALLY GOING ON AT THE MOMENT OR TO ONLY FOCUSE ON HOW THE PLAINTIFF ADMITTED THAT HE MADE A MISTAKE BY SUING THE JUDGE AND PROSECUTOR THE DAY HE ARRIVED AT THE FIRST MEETING SEPTEMBER 19TH 2022. HOWEVER THE PLAINTIFF MEANT THIS IN CERTAIN OTHER WAYS THAT THE DOCTOR UNDERSTANDS IN THE FACT THAT THE HIGH AND LOW OF UNTREATED BI POLAR CAN MAKE A PERSON FOCUSE ON ONE THING WITH FULL HEART INTO THAT PROJECT, AND THEN HAVE A CHANGE OF HEART, AND CONVINCE HIMSELF HE DID SOMETHING WRONG AFTER LOOKING BACK. THEN DAYS LATER RE-EVALUATE THE CIRCUMSTANCE AND REALIZE HE DID THE RIGHT THING BUT THE WORKS INTO HIS STUDIES WERE NOT AS CONSTRUED TO BE ASCERTAINED AS WELL AS HE COULD HAVE CREATED OR EXPLAINED IF HE HAD BEEN PROPERLY MEDICATED. YET IT IS THE JUDGE AND PROSECUTOR WHO ARE IN THE WRONG FOR THE DERELICTION OF DUTIES. THE DEFENDANT UNDERSTANDS ALL OF THIS YET HIS FOCUS IS TO FIND WAYS TO EITHER PRESSURE FRANK MASCARENA TO THINK ABOUT PLEADING GUILTY, BUT MENTALLY ILL, AND THREATENING A LONGER COMMITMENT IF HE DOESNT WANT TO ADAPT TO THE DEFENDANTS PROCESS OF LITHIUM INTAKE IN THAT WHICH HE MAKES THREATS OF OBTAINING

## STATEMENT OF CASE

A COURT ORDER TO COMPELL HIGHER DOSES OF LITHIUM OR INJECT THE PLAINTIFF WITH A MEDICATION BY USE OF FORCE. THE DEFENDANT EXPLAINED THAT THE ORDER TO COMPELL IS BASED ON THE INDIVIDUAL EVALUATORS REPORTS INDICATE. IN WHICH HE REFUSES TO ALLOW THE PLAINTIFF TO READ. WHEN THE ARGUMENT OF HOW THE DEFENDANT ADMITS HE KNOWS LITTLE ABOUT THE LAW OUTSIDE HIS DUTIES TO GET HIS PATIENT FIT TO PROCEED YET HE EXPLAINS THAT HE DOESN'T SEE ANY FAULT IN THE JUDGES CIVIL RIGHTS VIOLATION TOWARD THE PLAINTIFF THIS SUMMONS A VERBAL OUTBURST WHICH THE DEFENDANT THEN BLAMES ON THE LITHIUM LEVELS AS BEING TO LOW, AND THAT BY RAISING THE DOSE USING A COURT ORDER THIS WILL SOLVE THE PROBLEM OF THE PLAINTIFFS ANGER, AND HIS UNNECESSARY UN-INTELLIGENT FOCUSE OF LAW STUDIES. HENCEFORTH WHAT REALLY ALARMS MASCARENA IS HOW THE DEFENDANT CONSTANTLY MAKES CLAIMS THAT HE DOESN'T KNOW THE NAME OF THE PLAINTIFFS JUDGE. OR IF THE REPORTS OF THE INDIVIDUAL EVALUATOR EXPLAIN THE COURTS SHOULD GRANT AN ORDER TO COMPELL UNWANTED MEDICATION BY USE OF FORCE. MOREOVER AFTER THE PLAINTIFF PROVED STATE JUDGES ARE NOT IMMUNE TO LAWSUITS USING SECTION 18 STATE SUBJECT TO SUIT OF THE MONTANA CONSTITUTION AS PROOF AND ALSO

(12)

STATEMENT OF CASE

MONTANA CODE ANNOTATED STATUTE 3-1-803 (1)
DISQUALIFICATION OF JUDGES. THE DEFENDANT STILL
DEFENDS THE JUDGE AND POINTS OUT THE FOCUSE IS
TO ACHIEVE FITNESS IN ORDER TO SEND THE PLAINTIFF
BACK INFRONT OF THE SAME COURT THAT HAS CAUSED THE
PLAINTIFFS UN-FIT CIRCUMSTANCE ALTHOUGH THE DEFENDANT
KNOWS THE JUDGES PROCEDURES ARE IN VIOLATION OF
THE LAW. HIS EXCUSE IS ALL THESE FACTORS WILL SIMPLY
BE TAKEN CARE OF WHEN THE PLAINTIFFS LITHIUM LEVELS ARE
COMFORTABLE ENOUGH FOR THE DEFENDANTS PROFFESIONAL
EXPERTISE TO DETERMINE IF HIS PATIENT IS DOING GOOD
AND FEELING GOOD FUTURE TENSE AS THIS IS HIS GOAL. THIS
TROUBLES THE PLAINTIFF SO MUCH THAT HIS ONLY OPTION
IS TO BRING CIVIL ACTION TO PROTECT HIS RIGHTS FROM THE
DEFENDANTS SADISTIC NEGLIGENCE THAT IS CAUSING ANGER,
DEPPRESION, STRESS, ANXIETY IS BECOMING ANOTHER FACTOR
TO ADD INTO HIS MENTAL ILLNESS MAKING THINGS WORSE THEN
THEY ALREADY ARE AND USING THE ANGER THE PLAINTIFF
EXPRESSES AS A REASON TO BLAME THE NEED FOR MORE OF
THE LITHIUM OR TO SEEK THE COURTS ORDER AND TO KEEP
THE PLAINTIFF LONGER THAN 90 DAYS BECAUSE HE DOES NOT
BELIEVE HE WILL BE FOUND FIT TO PROCEED ALTHOUGH DR
CHESSEN ALREADY INDICATED THE PLAINTIFF WOULD NEVER
BECOME FIT AT ANY TIME IN THE FUTURE. THE PLAINTIFF
HEARD THIS BEING MENTIONED IN COURT BETWEEN HIS
ATTORNEY AND THE JUDGE. THIS BRINGS TO ATTENTION THAT
IF THE DEFENDANT KNOWS THIS AND YET HIS GOAL IS

13

COMPLAINT
STATEMENT OF CASE

TO COURT ORDER EXTRA MEDICATION AND A LONGER STAY THEN WHAT DIFFERENCE OR GOOD WILL IT BE ON THE PLAINTIFF BY VIOLATING HIS RIGHTS TO SPEEDY TRIAL LONGER IF HE WILL MOST LIKELY NEVER BE FOUND TO BE FIT EVEN 6 MONTHS OR 2 YEARS HENCE-FORTH. MOREOVER THE TREATMENT TEAM IS VERY FAMILIAR WITH THE CONVERSATIONS IN EACH MEETING AND THIS TEAM IS COMPRISED OF OTHER HOSPITAL EMPLOYEES FROM NURSES AND OTHER DOCTORS OR CASE MANAGERS AND OR SUPER-INTENDENTS IN HIGH POSITIONS WHO ARE ALL INVOLVED WITH DOCTOR BEMPRODS CONDUCT YET NONE OF THEM HAVE MADE ANY EFFORT IN STOPPING HIS UNCONSTITU-TIONAL UNETHICALL PROCEDURE AND IN ONE MEETING TUESDAY NOVEMBER 15th AT AROUND 1PM THE DEFENDANTS COLLEAGUE DOCTOR HILL ACTUALLY INCOURAGED THE PLAINTIFF TO GO AHEAD AND SUE THEM AS THEY ARE ALWAYS BEING SUED AND IT'S A COMMON THING. ADDITIONALLY CATHY WHO IS A SUPERVISOR IS VERY UNDERSTANDING OF THE PLAINTIFFS COMPLAINTS ABOUT THE DR BEMPRODS OPPRESIVE TACTICS YET SHE DOES NOTHING TO CORRECT HIS PROCESS AND IGNORES ALMOST EVERY PHONE MESSAGE HE LEAVES.

ALLEGATIONS

MONTANA CODE ANNOTATED 2021. RIGHT OF PROTECTION FROM PERSONAL INJURY 49-1-101. BESIDES THE PERSONAL RIGHTS MENTIONED OR RECOGNIZED IN OTHER STATUTES AND SUBJECT TO THE QUALIFICATIONS AND RESTRICTIONS PROVIDED BY LAW EVERY PERSON HAS THE RIGHT OF PROTECTION AGAINST BODILY RESTRAINT OR HARM, PERSONAL INSULT, DEFEMATION AND INJURY TO THE PERSONS PERSONAL RELATIONS.

(14)

ALTHOUGH THIS IS A STATE STATUTE IT BRINGS FEDERAL
QUESTION IN THE FACT THAT MONTANA STATE HOSPITAL IS
A STATE INSTITUTION AND THIS STATUTE APPLIES TO THEM
IN THAT WHICH BRINGS FEDERAL QUESTION THRU AMENDMENT
14 SECTION 1 IN WHICH THE PLAINTIFF WILL PROVE THE
DEFENDENTS ARE IN VIOLATION TO HIS HUMAN RIGHTS AND
CIVIL RIGHTS. DR BEMPROD USES THE LITHIUM BLOOD LEVEL
AS A TACTIC TO TRY AND CONVINCE THE PLAINTIFF THAT IF
HIS LEVELS DROP TOO LOW THAT HE IS IN SOME TYPE OF RISK
OR DANGER AND THEY WILL NEEDTO IMMEDIATELY RAISE THE
DOSE IN ORDER TO MAKE SURE HIS LEVELS ARE WELL WITHIN
THE SAFETY ZONE AND ARE NOT DANGEROUSLY LOW. HOWEVER THIS
IS NOT HOW LITHIUM HAS EVER WORKED IN THE PAST FOR THE
PLAINTIFF WITH HIS LITHIUM LEVELS WITH OTHER DOCTORS
AS THEY WERE ONLY CONCERED ON TOO HIGH OF LITHIUM LEVELS
BEING DANGEROUS IN WHICH THEY WOULD NEED TO LOWER
THE DOSAGE. HOWEVER THAT NEVER HAPPENED BECAUSE AFTER
TRIALS OF TAKING 600 MGS THE PLAINTIFF DIDN'T LIKE
THE FEELINGS AND SIDE EFFECTS IN THE YEARS PRIOR TO
THIS EVENT. GOING BACK AROUND 8 YEARS UP UNTIL 2017
HE HAS ALWAYS BEEN BEST AT 300 MGS AND WITH THE BALANCE
OF ADDERRALL HE FUNCTIONED IN SOCIETY WELL AND
WAS NEVER THREATENED BY HIS DOCTORS TO GET COURT
ORDER TO COMPELL UNWANTED DOSES BECAUSE HE WAS
LIVING IN HIS OWN APARTMENT AS A FREE MAN. HOWEVER
THIS PROVES THAT HE SEES THE DEFENDENTS OPPRESIVE
TACTICS AS FICTICOUS USING THE PLAINTIFFS POSITION
KNOWING HE IS IN A MORE VULNERABLE CIRCUMSTANCE
TO TAKE ADVANTAGE OF USING THEIR POSITIONS TO ACHIEVE
THEIR GOAL. THIS IS ALSO A SITUATION THAT BRINGS (15)

COMPLAINT

ALLEGATIONS

MORE FEDERAL QUESTION PURSUANT TO 42 U.S.C. § 1985 (3) CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS. (2) OBSTRUCTING JUSTICE INTIMIDATING WITNESS OR JUROR. THIS STATUTE EXPLAINS THE ROLE THE DEFENDENTS ARE IN PROCESS OF COMMITTING AGAINST THE UNITED STATES DUE TO THE PLAINTIFF BEING A NATURAL BORN MONTANA CITIZEN. 42 U.S.C § 1981 (a) EQUAL PROTECTION UNDER COLOR OF STATE LAW BRINGS THE SPECTRUM INTO MORE OF AN ASCERTAINED CALCULATION USING DUE PROCESS AS A SCALE TO MEASURE THE CIVIL LIABILITY THE DEFENDENTS HAVE BECOME AS REPRESENTING THE STATE AS STATE EMPLOYEES. THE NURSES WHO DISTRIBUTE THE PLAINTIFFS MEDICATION TO HIM HAVE ALL MADE REPORTS OF THE PATIENCE OR THEIR PATIENCE CONCERNS OF HIS MEDICATION AND HOW HE HAS EXPLAINED TO THEM HOW MUCH BETTER HE FEELS ONLY TAKING 300 MGS OF LITHIUM 2 TIMES DAILY. THE STAFF HAVE ALSO NOTICED HIS IMPROVEMENTS YET THE DEFENDANTS ARE OPPOSED TO HIM FEELING GOOD ABOUT HIMSELF AS DR BEMPROD ASKED THE PLAINTIFF IF BEING MANIC MAKES HIM FEEL GOOD AS A TRICK QUESTION TO USE A HIGHER DOSE OF LITHIUM DUE TO THE FACT THAT THE PLAINTIFF AT ONE POINT IN THE PAST AGREED THAT BEING OVERLY MANIC CAN BRING PROBLEMS. THE DEFENDENT IS FIXED ON USING THE PLAINTIFFS WORDS ON HIM TO BRING GUILT SO HE WILL AGREE TO ALLOWING THE DOCTOR TO RAISE HIS DOSE BASED ON BELIEF. THE PATIENT ALSO BELIEVES THAT THE DOCTOR DEFENDANT BEMPROD IS MORE CONCERED ON DISABLING THE PLAINTIFFS MANIC EPISODES NOT BECAUSE HE BECOMES PHYSICALLY

(16)

ALLEGATIONS

DANGEROUS BUT BECOMES MORE INTERESTED IN STUDIES OF LAW PROCEDURE AS LAW STUDIES STIMULATES HIS MANIA AND IT HELPS HIM UTILIZE HIS MANIC EPISODES BY FOCUSING HOURS UPON HOURS OF READING AND WRITING WHICH ALSO HELPS HIM BE PRODUCTIVE AS LAW IS A SOOTHING WAY TO VENT HIS PROBLEMS. THE PLAINTIFF KNOWS THE DEFENDANT ALREADY UNDERSTANDS THIS AND YET THE DEFENDANT DOESN'T UNDERSTAND THAT HIS DESPERATE ATTEMPTS TO CONVINCE THE PLAINTIFF USING UNLAWFULL TACTICS WHICH PROVE HE IS MORE CONCERNED ABOUT CONTROLLING THE PLAINTIFF TO THE POINT THAT HE IS CONSCIENCELLY IMPAIRED AND SICK AND MISERABLE OVERWEIGHT EATING AND SLEEPING TO MUCH NOT HAVING ENOUGH ENERGY TO GET INVOLVED IN EXERCISE BUT MOST OF ALL INTERESTED IN LAW STUDIES. THE DEFEDANT HAS EXPOSED THIS INTENTION UNDENIABLY IN THE FACT THAT HE IS MORE CONCERNED OF THIS CYCLE THEN ALLOWING THE PLAINTIFF TO ENJOY LIFE KNOWING HIS LIMITS AND MANAGING HIS SYMPTOMS AND MOODS THE WAY HE HAS LEARNED OVER THE YEARS AND IS VERY IN TUNE WITH AND IS COMFORTABLE WITH WITH THE RIGHT LEVELS OF MEDICATION AND THIS IS THE WAY HE CAN SEE DOCTOR BEMPRODS AMBITION. AND THIS IS EVIDENT THAT DOCTOR BEMPROD IS NOT CONCERNED OF THE PLAINTIFF OVER ALL HEALTH AS HE WOULD RATHER MAKE HIM BE SICK THEN TO ALLOW HIM TO BE AND FEEL HAPPY AND EVERY AMERICANS RIGHT IS PURSUIT OF HAPPINESS

17/

AND USING INTIMIDATION TACTICS BY USE OF FORCE TO
ASK THE SAME JUDGE WHO HAS PROVEN PREJUDICE AGAINST
THE PLAINTIFF TO ORDER LONGER STAYS AND TO COMPELL
MEDS THAT EVEN THE NURSES SEE AS UNNECESSARY AND CRUEL.
WHICH VIOLATES THE SPEEDY RIGHTS TO TRIAL OR IN
THE FACT OF DR. CLASSENS EVALUATION WHICH MAKES ANY
LONGER STAYS OR ATTEMPTS TO REGAIN FITNESS IS A WAIST
OF TIME AND MONEY. THE PLAINTIFF FEARS FOR HIS LIFE
AND CALCULATES THAT CIVIL LAW IS A WAY TO LEAVE
EVIDENCE INCASE HE IS INJECTED AND DIES OF A HEART
ATTACK OR SOMETHING BAD HAPPENS AND HE NEVER MAKES
IT BACK HOME AGAIN. AFTER SEEING THE DEFENDANTS
INTENTIONS AND THE DISTRICT JUDGES TACTICS HE
IS TRYING TO STAY POSITIVE BUT HE IS WORRIED KNOWING
WHAT HE IS AGAINST. THIS COMES FROM THE DEFENDANT
KNOWING THE JUDGES FAULT YET CLAIMING HE DOESNT EVEN
KNOW THE JUDGES NAME WHICH IS AN OBVIOUS LIE DUE TO
HIS JOB DUTIES WHICH HAS THE JUDGES NAME ALL OVER THE
PAPERS. THE PLAINTIFF IS FAMILIAR WITH PSYCHOLOGICAL TACTICS
AS HE HAS STUDIED AND TAKEN LESSONS IN COLLEGE AND SELF
STUDIES LEARNING HOW TO CONTROL HIS MENTALL ILLNESS AND
REVERSE PSYCHOLOGY IS A TACTIC PEOPLE USE TO DIVERT THE ATTEN-
TION EITHER THE OPPOSITE USUALLY OR ANOTHER DIRECTION IN ORDER
TO ACHIEVE THERE DECIETFULL PRACTICE BUT THIS POINTS DIRECTLY
AT WHAT THEY ARE TRYING TO HIDE AND PSYCHIATRIST KNOW THESE
TACTICS AND THE ODDS OF MOST PEOPLE NOT UNDERSTANDING THEM!
NEGOTIATING IN BAD FAITH IS WHAT THE PLAINTIFF READS IN
THE DEFENDANTS ACTIONS AND THIS IS NOT DUE TO BEING PARANOID
DUE TO UNBALANCE IN MEDICATION EITHER AS THE DEFENDANT
IS USING AGAINST THE PLAINTIFF. THE PROOF IS WITNESSED. (18)

## FACTS

### FACTS 1

THE PLAINTIFF HAS BEEN SENT TO M.S.H FOR FITNESS TO PROCEED. DUE TO CIRCUMSTANCES THAT ARISE FROM THE CIVIL NEGLECT OF JUDGE ROD SOUZA. USING, TO DENY THE PLAINTIFF HIS RIGHTS THRU DUE PROCESS, TO SUE HIM!

### FACTS 2

THE DEFENDANTS, ARE FAMILIAR WITH THE PLAINTIFFS REASONS WHY HE HAS BEEN FOUND UNFIT BASED ON DOCTOR CHESSENS REPORTS.

### FACTS 3

THE DEFENDANT DR BEMPROD CLAIMS HE DOESNT KNOW THE JUDGES NAME! WHICH EVEN IF TRUE PROVES HE IS NOT PUTTING IN THE EFFORT TO ADDRESS ENOUGH RESEARCH INTO MAKING SURE THE PLAINTIFF IS NOT JUST FIT TO PROCEED, BUT IS IN CONTACT WITH THE JUDGE TO RELAY PROGRESS AND THIS IS 2 MONTHS AFTER FIRST ARRIVAL. THE PLAINTIFF KNOWS THE DEFENDANT IS LYING. THIS IS ALARMING.

### FACTS 4

THE DEFENDANTS ARE FOCUSED ON REGAINING FITNESS TO PROCEED OF THE PLAINTIFF, SO THEY CAN SEND HIM BACK TO THE SAME JUDGE HE SUED, AND IS THE MAIN CAUSE OF HIS UNFIT STATUS.

### FACTS 5

DEFENDANT DR BEMPROD TELLS FRANK "HE WANTS HIM TO HAVE HIS DAY IN COURT" WITH THE SAME PEOPLE WHO CREATED THIS PROBLEM AND KNOWING THEY VIOLATED HIS CIVIL RIGHTS, AND HE IS MOST LIKELY BEING SET UP. BASED ON BELIEF

### FACTS 6

DR BEMPROD USES LOW LITHIUM LEVELS AS A WAY TO CONVINCE THE PLAINTIFF THAT LITHIUM IS BASED OR DOSED ON LEVELS AND IF LEVELS ARE TO LOW THEN THRU HIS EXPERTISE THE DOSE MUST BE RAISED MAKING IT SEEM AS THE PLAINTIFF IS IN DANGER! BUT THE PLAINTIFF KNOWS THIS IS NOT TRUE.

### FACTS 7

THIS IS VERY INSULTING TO THE PLAINTIFF AND OFFENSIVE. THIS IS MEDICAL MALPRACTICE.

COMPLAINT
FACTS

## FACTS 8

HOSPITAL NURSES ARE WITNESS TO EVERYTHING THAT IS FRUSTRATING THE PLAINTIFF, AND NURSE JASON HAS HELPED HIM RESEARCH LAW PROCEDURE, AND ALLOWS HIM TO VENT. BY LISTENING TO HIS ISSUES, AND AGREES THAT HE HAS GOTTEN BETTER. SINCE BEING ON LOW DOSE! OF 300 MGS OF LITHIUM. FRANK TRUST JASON, AND IS GREATFULL FOR HIM!

## FACTS 9

DEFENDENT IS USING SEVERAL UNLAWFULL TACTICS, TO SUBJECT PLAINTIFF. TO HIS DOSAGE OF LITHIUM, WHICH MAKES THE PLAINTIFF ANGRY. OR UPSET!

## FACTS 10

THE DEFENDANTS. USE HIS ANGER, AS A REASON TO ADJUST HIS MEDICATION, BUT WONT TAKE ACCOUNTABILITY OF THEIR TORTURING COERCIVE PROCEDURES.

## FACTS 11

THE DEFENDANTS: MEANING TREATMENT TEAM, STAFF ALLOW THE DEFENDANT, TO CARRY ON HIS TACTICS.

## FACTS 12

THE PLAINTIFF NEEDS MORE ADHD THERAPY, AND A HIGHER DOSE, BUT THE DEFENDANTS WONT APPROVE IT. OR LISTEN. ALTHOUGH HE KNOWS HIS OWN NEEDS FROM EXPERIENCE!

## FACTS 13

THE PLAINTIFF FEELS WORRIED, AND UNSAFE, AND KNOWS THIS IS HARMFULL, FOR HIS MENTAL HEALTH. YET THE DEFENDANTS, CAN USE HIS ILLNESS. TO BLAME THIS ON, USING HIS MEDICATION AS THE PROBLEM. OR OBTAIN A COURT ORDER! HE ALREADY KNOWS THE TACTICS THEY ARE GOING TO USE. TO USE HIS POSITION AS THE STRIKE AGAINST HIM. WHICH IS COERCION

FACTS

### FACTS 14

THE DEFENDANT, DR BEMPROD CONTRADICTS HIMSELF. BY CLAIMING HE KNOWS NOTHING ABOUT THE LAWS OUTSIDE HIS JOB DISCRIPTION! YET HE MAKES STATEMENTS CLAIMING, JUDGE SOUZA DID <u>NO</u> WRONG IN THE CIVIL ACTION. THE PLAINTIFF FILED AGAINST THE JUDGE, IN WHICH THE JUDGE, PRESIDED IN AS ACTING JUDGE.

### FACTS 15

THEN HE ADMITS LATER THAT THE JUDGE DID BRAKE THE LAW, BUT THEN QUICKLY CHANGES THE CONVERSATION. OR TRIES TO, BUT THIS SPARKS AN ARGUMENT. ESPECIALLY AFTER THE PLAINTIFF ALREADY KNOWS THE DEFENDANTS INTENTIONS. WHICH DEHUMANIZES THE PLAINTIFF. ESPECIALLY AFTER THE ENTIRE TREATMENT TEAM, SITS, AND WATCHES HIM PROVOKE MORE ANGER, THEN BLAME IT ON THE LEVELS OF LITHIUM.

### FACTS 16

THE REST OF THE HOSPITAL STAFF HAVE DONE LITTLE TO STOP DR BEMPROD FROM HARRASING THE PLAINTIFF.

### FACTS 17

THE NURSES HAVE MOSTLY AGREED WITH THE PLAINTIFF THAT ITS HIS BODY, AND HAVE ALL WITNESSED HIS IMPROVEMENT. ALTHOUGH HE LIVES IN TORMENT, FROM THE DEFENDANT DR BEMPROD. NURSE MORGAN INSULTED THE PLAINTIFF, AFTER SHE TRIED TO MANIPULATE HIM TO EAT 450 MGS, USING THE DEFENDANTS SAME TACTICS. THEN SAID THE DOCTOR ORDERED THAT ITS ALL OR NONE AT ALL! THE PLAINTIFF HAD TO TRICK HER, AND AFTER SHE HANDED HIM A PINK 300 MG PILL, AND A WHITE 150 MG PILL, BOTH LITHIUM. THE PLAINTIFF ONLY ATE THE 150 MG WHITE LITHIUM PILL, AND HANDED NURSE MORGAN THE PINK 300 MG PILL. SHE WAS UPSET, AND THE PLAINTIFF APOLIGIZED, BUT, IT WAS THE ONLY WAY HE COULD GET HIS COMFORTABLE DOSE OF MEDICATION HE NEEDS. AROUND AN HOUR LATER HE FELT CALM, AND RELAXED.

21

COMPLAINT + FACTS

## FACTS 18

THE PLAINTIFF FILLED OUT A CLASS ACTION CIVIL SUIT ON THE DEFENDENTS FOR DECLERATORY RELIEF, AND INJUNCTIVE. BUT NO DAMAGES. IN THE FIRST JUDICIAL DISTRICT COURT IN LEWIS AND CLARK COUNTY. THIS HAS BEEN OPENED. THESE ISSUES ARE RELATED OR DERIVED, BUT THIS IS **IN PERSONAM** WITH DAMAGES INCLUDED

## FACTS 19

THE PLAINTIFF FILLED OUT A HABEAS CORPUS, AND SENT THEM TO THE SUPREME COURT OF MONTANA, AND DEPARTMENT OF CORRECTIONS AND THE ATTORNEY GENERAL AUSTIN KNUDSEN. ORIGINAL WENT TO SUPREME COURT.

## FACTS 20

THIS CIVIL SUIT IS NOT MEANT TO BE ANY TYPE OF FRIVILOUS WITCH HUNT. THIS IS TO PROTECT THE CIVIL RIGHTS OF A MAN WHO HAS THE RIGHT TO PROTECT HIMSELF TO THE BEST OF HIS ABILITY USING THE LAWS HIS FOREFATHERS CREATED THRU THE SIMILAR STRUGGLES THE PLAINTIFF IS ENDURING RIGHT NOW.

## FACTS 21

ITS TRUE THE PLAINTIFF IS BI-POLAR MANIC AND SEVERE ADHD, AND HAS BEEN RECIEVING SSI/SSDI SINCE 2009. YET IN THEM YEARS HE HAS LEARNED THE DIFFERENCE IN BOTH HYPER DISORDERS, AND HOW TO CONTROL THEM. BY COMMUNICATING WITH HIS DOCTORS, BECAUSE HIS PREVIOUS DOCTORS SHOWED HIM HOW THE CORRECT AMOUNT OF MEDS, WILL LEVEL HIM OUT JUST ENOUGH TO WHERE HE CONCENTRATES, WELL ENOUGH TO DO THE THINGS HE LIKES, AND LAW STUDIES OFFERS SO MANY PROPERTIES THAT HIS MIND ALREADY ENJOYS, AND THIS IS DUE TO HIS TYPE OF ILLNESS. SIMILAR TO AUTISM, BUT NOT ENTIRELY.

## FACTS 22

FOR INSTANCE THE PLAINTIFF IS A PUBLISHED AUTHOR. GOOGLE LATINO CHRISTIAN POEMS. OR IN BARNES AND NOBLE WEBSITE TYPE FRANK MASCARENA IN THE SEARCH BOX.

## FACTS 23

THIS IS TO PROVE TO THIS COURT THE PLAINTIFF UNDERSTANDS HOW TO CONTROL, AND UTELIZE HIS DEFECTS OF CHARACTER IN A PRODUCTIVE MANNER.

## FACTS 24

THIS IS ONLY POSSIBLE WITH THE CORRECT BALANCE OF MEDICATION. BUT THE DEFENDANT IGNORES THE PLAINTIFFS INPUT, AND ONLY FOCUSES ON HOW THE DEFENDENT WOULD RATHER DISTRIBUTE THE PLAINTIFFS MEDICATION USING HIS EXPERTISE TO OVERIDE ANY OF THE PLAINTIFFS ADVICE. THEN MAKES IT KNOWN THAT THE PLAINTIFF IS NEVER GOING TO BECOME FIT TO STAND TRIAL USING THE PLAINTIFFS DIRECTION OR METHOD.

## FACTS 25

THEN THE DEFENDANT BEGANS MAKING THE COURT ORDER AS HIS ONLY WAY TO USE HIS METHOD. AS HE HAS NO CARE TO ALLOW THE PLAINTIFFS METHOD TO BE A REASONABLE OPTION. THE DEFENDANT STRIVES TO CONVINCE THE PLAINTIFF HE HAS NO IDEA HOW TO CONTROL HIS OWN ILLNESS, OR THE BEST FORMULA OF DOSAGE. MAKING THE PLAINTIFF FEEL INSULTED YET THE DOCTOR REFUSES TO LISTEN, TO REASON

## FACTS 26

THE DEFENDANT TOLD THE PLAINTIFF HE COULD ORDER A CERTAIN TYPE OF BEARD SHAVER. THE PLAINTIFF HAD HIS SISTER PURCHASE HIM A RAZOR. AFTER SHE DROVE 40 MILES TO BILLINGS FROM HER HOME IN PRYOR MONTANA. THEN OVERNIGHT MAILED IT TO M.S.H FORENSIC UNIT. NOW THE DEFENDANT WONT APPROVE IT, AND LEAVES IT ON THE PLAINTIFFS PROPERTY. THE PLAINTIFF IS UNCOMFORTABLE ASKING HIS SISTER TO BUY HIM A DIFFERENT RAZOR. HE LIKES BEING CLEANLY SHAVEN. THE DEFENDANT LAUGHED WHEN THE PLAINTIFF MADE A REMARK ABOUT HOW THE BEARD MAKES HIM LOOK CRAZY. THE PLAINTIFF BELIEVES THIS IS THE DOCTORS, OR DEFENDENTS RETALIATION TACTIC.

### FACTS 27

THE DEFENDANTS CONDUCT TOWARD THE PLAINTIFF HAS CAUSED MORE HARM ON AN UNMEASURABLE AMOUNT. COMPARED TO GOOD, AND THE ONLY REASON THE PLAINTIFF IS FEELING BETTER, IS HAVING TO GO THRU THE STRUGGLES HE IS NOW. BUT HIS FEAR IS THE DOCTOR FORCING INJECTIONS THAT ARE UNNEEDED, AND HEALTH HAZARD! CAUSING MORE MENTAL FRUSTRATION OF BEING DE-MORALIZED AND CHASTISED.

### FACTS 28

TRUE THAT AFTER BEING FOUND FIT TO PROCEED. IF THE PLAINTIFF IS FOUND FIT TO PROCEED. HE PLANS TO REPRESENT HIMSELF IN ORDER TO CHANGE THE VENUE USING 46-13-203 CHANGE OF PLACE OF TRIAL FOR PREJUDICE.

### FACTS 29

THE DEFENDANT USES EXPRESSIONS, AND WORDS THAT ARE PUT DOWNS TO THE PLAINTIFF ABOUT HOW HE DOESN'T BELIEVE THE PLAINTIFF KNOWS ENOUGH ABOUT LAW STUDIES TO BE ABLE TO PROTECT HIMSELF. THE PLAINTIFF DOESN'T BELIEVE THE DEFENDANT ESPECIALLY WHEN HIS WORDS BECOME SLOWER AND HIS EYES LOOK DRAMATIC, AND HIS HEAD SLOWLY SWAYS, AND HIS FACIAL EXPRESSIONS BECOME HOPELESS, AND HE USES HIS ARMS, AND HANDS TO GESTURE THAT THE PLAINTIFF IS MAKING A HUGE MISTAKE, AND THIS IS ALL THE RESULT OF NOT ENOUGH LITHIUM, AND HES GONNA HAVE TO GET A COURT ORDER NOW. FOR THE PLAINTIFFS OWN SAFETY TO COMPELL MORE MEDICATION. THE DEFEDANT IS ACTING.

### FACTS 30

THE PLAINTIFF WILL BE MORE COMFORTABLE BY REPRESENTING HIMSELF IN THE COMING TRIALS. HE ALSO BELIEVES THE CRIMINAL ARTICLE IS SUBJECT TO IMPENCHMENT DUE TO JUDGE ROD SOUZA DECIPTIVE PRACTICE IN THE CIVIL SITUATION. THRU DUE PROCESS

(24)

## FACTS 31

THE PLAINTIFF BELIEVES STRONGLY THAT THE DEFENDANT IS ACTING IN MOST OF HIS DUTIES, WITH THE PLAINTIFFS CASE, AND IF HE TRULLY CARED ABOUT THE PLAINTIFFS WELL BEING HE WOULD RAISE THE ISSUE TO THE SUPREME COURT TO CHANGE THE VENUE TO EXPLAIN THE PLAINTIFFS CIRCUMSTANCE, AND HOW RISKY IT WILL BE TO PUT HIM INFRONT OF THE SAME COURT, THAT IS CAUSING SO MUCH MORE MENTAL ILLNESS.

## FACTS 32.

THE PLAINTIFF IS PERENOID OF HIS COURT APPOINTED ATTORNEY DUE TO HIS KNOWLEDGE OF THE CIVIL CIRCUMSTANCE YET DOES NOTHING ABOUT CHANGING THE VENUE, AND WONT COMMUNICATE WITH THE PLAINTIFF!

## STATEMENT OF FACTS

THE PLAINTIFF SPOKE WITH NURSE DAWN WHO WORKS P.M SHIFTS, AND SHE SAID SHE IS MAKING NOTES OF HOW THE PLAINTIFF TELLS HER HOW MUCH BETTER HE HAS BEEN FEELING. SINCE HE HAS BEEN ADJUSTED TO 150 MGS OF LITHIUM. AND ITS OBVIOUS THAT THE PLAINTIFF KNOWS HIS OWN LIMITS ON THE MEDICATION. AS HE IS ABLE TO EXPLAIN THINGS VERY CONSTRUCTIVELLY. HE IS ABLE TO SHOW THE DIFFERANCE IN TWO FORMS OF HYPER ACTIVITY. BOTH BEING MANIA OR MANIC EPISODES, AND THE OTHER BEING A.D.H.D. HE KNOWS THE 300 MGS OF LITHIUM REDUCES THE EXTREME LEVELS OF MANIA, DOWN TO JUST ENOUGH, TO GIVE HIM ENERGY THAT GIVES HIM CREATIVITY AND HELPS HIM REASON CALCULATING FACTORS. LIKE PLAYING CHESS. THIS LEVEL OF MANIA MAKES HIS LIFE POSITIVE. ITS HOW HE BECAME AN AUTHOR. HOWEVER IF HIS ADHD IS UNTREATED, THEN HIS EFFORTS OR CREATIONS CAN BECOME DISORGANIZED, AND UNFINISHED. AT THE MOMENT AS THIS LAW SUIT IS BEING WRITTEN, HE FEELS CLOSE TO LEVEL. HIS ADHD

## STATEMENT OF FACTS

IS A LITTLE ANNOYING WHILE TRYING TO SIT STILL AND WRITE. BUT HIS MANIA IS BEING USED TO FOCUSE ON THIS PROJECT. AND USUALLY THE A.D.H.D MEDICATIONS HELP HIM WITH HIS DEPPRESION ALSO. HELPING THE LITHIUM ALSO CONTROL THE DEPPRESSION WHICH IS USUALLY MILD. HOWEVER THE DEFENDANTS ARE OBVIOUSLY AMBITIOUS TO IGNORE ALL OF THIS, AND FORCE THE PLAINTIFF TO ADJUST TO THE REMEDY THEY SEE FIT TO THEIR NEEDS WHICH TAKES AWAY WHO HE ENJOYS BEING. AND SEND HIM BACK HOME IMPAIRED. THE PLAINTIFF IS NOT FOOLISH, AND IF THE DEFENDANTS CAN USE INJECTIONS TO IMPAIR HIM THEN THAT TAKES OUT THE INTEREST IN HIS SELF STUDIES OF LAW. SO LET THIS CIVIL SUIT BECOME WITNESS THAT THERE IS NO LIES TO BE READ IN THIS COMPLAINT, AND THE PROOF IS IN, IN THE REPORTS OF THE STAFF AS THEY KEEP A CLOSE EYE ON EACH PATIENT. IF THE DEFENDANTS ARE USING THESE METHODS IN WHICH THEY CANT DENY AT THIS POINT OR TRY AND COVER THEIR TRACKS OF THESE METHODS IT IS IMPOSSIBLE BECAUSE THE PLAINTIFF ALREADY PROVED WHATS BEST FOR HIM.

## STATEMENT OF CLAIM

THE DEFENDANT AND HIS COLLEAGUES, OR DEFENDANTS. CONTINUELY TRY TO EMULATE THE MEANING OF THERAPEUTIC LITHIUM BLOOD LEVELS TO THE PLAINTIFFS ATTENTION. THEY ENACT THE EXACT, THE SAME WORDS THAT DEFENDANT DR BEMPROD USES. IN ORDER TO CONVINCE THE PLAINTIFF THE TRUE MEANING OF THERAPEUTIC LEVELS. THERAPEUTIC MEANS. CURATIVE, HEALING, GOOD FOR PERSONAL HEALTH OR GROWTH! THATS FROM A DITIONARY CALLED, A STUDENTS DICTIONARY. RELATING TO OR DEALING WITH HEALING. COMES FROM THE MERRIAN WEBSTER DICTIONARY! THE EXPLANATION OF THIS POINT IS THAT, IF THE DEFENDANTS EXPLANATION OF MAKING SURE THE LITHIUM BLOOD LEVELS IN THE PLAINTIFFS LAB RESULTS ARE TOO LOW, THEN THEY WOULD NEED TO

STATEMENT OF CLAIM

BRING THEM UP TO A THERAPEUTIC LEVEL. AND THAT BASED
ON THEIR EXPERTISE, THIS MEANS HOW MUCH MORE THE BODY
OF ANY HUMAN BEING IS ABLE TO HANDLE, WITHOUT BEING
LETHAL. SO THIS HAS BEEN THEIR GOAL TO ACHIEVE IN THE
CIRCUMSTANCE OF THE PLAINTIFF FROM THE TIME HE FIRST
ARRIVED, TO THE MOMENT HIS PEN IS WRITING THIS COMPLAINT!
HOWEVER THATS THE WAY THEY CLAIM THERAPEUTIC! YET THIS
DOES NOT INCLUDE THEIR PATIENCE INPUT, OR ADVICE BASED
ON HIS REACTION TO THE DEFENDANTS VIEW OF THERAPEUTIC
THERAPY. BECAUSE THEIR VIEW AND HIS VIEW ARE NOT THE
SAME BECAUSE NO MATTER HOW MUCH HIS BODY CAN HANDLE,
IS DIFFERENT THAN HOW MUCH HIS BODY, AND FEELINGS
REALLY LIKE OR NEED OR WANT! SO FOR INSTANCE LETS TAKE
THE DRUG ADDERRAL, AND MAKE THE SAME ANALOGY. 60 MGS IS
THE HIGHEST THERAPEUTIC DOSE THAT ANY DOCTOR CAN PRESCRIBE
OF THE EXTENDED RELEASE VERSION. HOWEVER JUST BECAUSE THAT
IS THE HIGHEST DOSE AVAILABLE DOES NOT MEAN EVERYBODY
FEELS THERAPEUTICLLY THE SAME ON 60 MGS. INFACT SOME
PEOPLE IT MAKES THEM SICK AND DEPPRESED AND IRRATATED.
AND THEM SAME PEOPLE WONT FUNCTION ON THAT HIGH OF A
DOSE EVEN AFTER MONTHS OF BEING ON THAT MUCH, YET THEY
FUNCTION JUST FINE ON 10 MGS TO THE POINT THEY ARE VERY
SUCCESSFULL IN LIFE. BUT WITHOUT IT THEIR LIFE FALLS APART.
AND ANY GOOD DOCTOR WHO CARES FOR HIS PATIENT IS GOING
TO CHECK IN WITH THOSE PATIENTE TO SEE HOW THEY FEEL
AND LISTEN TO THE ADVICE OF THE PATIENT THEN MAKE HIS
DECESION INCLUDING HIS EXPERTISE, AND THE ADVICE OF HOW
THOSE PATIENTE ARE FEELING AND FUNCTIONING. HOWEVER LETS
SAY THAT DOCTOR KEEPS PUTTING PRESSURE ON HIS PATIENT

TO TAKE HIS UNDERSTANDING OF THERAPEUTIC. WHICH IS THE HIGHEST DOSE AVAILABLE OF 60MGS. BUT HIS PATIENT REFUSES TO TAKE THAT MUCH, SO THE DOCTOR STARTS MAKING THREATS TO CALL THE POLICE IF THE PATIENT WONT TAKE THE 60 MGS HE PRESCRIBED TO THE PATIENT, OR TO GET A COURT ORDER TO USE POLICE OFFICERS TO HELP HOLD DOWN THE PATIENT TO ADMINISTER AN INJECTION OF HALDOL. ALL BECAUSE, THE PATIENT WOULD NOT TAKE THE DOCTORS DOSE OF 60MGS OF ADDERALL. THAT MADE HIS OR HER LIFE MISERABLE. ADDITIONALLY THE DOCTOR TELLS THOSE PATIENCE IF THEY LEAVE HIM TO FIND ANOTHER DOCTOR. HE HAS FRIENDS WHO ARE JUDGES WHO WILL ALLOW THE COURT ORDER TO COMPELL THE INJECTION OF HALDOL IF THE PATIENT REFUSES HIS ORDER TO TAKE THE 60MGS OF ADDERALL! THIS IS THE SAME SITUATION THAT IS HAPPENING IN THE PLAINTIFFS LIFE WITH THE DEFENDANT DOCTOR BEMPROO. THIS IS COERCION AND EXTORTION. IN THIS ANALOGY THE DIFFERENCE IS THE PLAINTIFF IS TRAPPED IN A LOCKED INVIRONMENT. BUT THE SAME TYPE OF CIRCUMSTANCE IS VERY MUCH THE SAME. THIS IS MEDICAL MALPRACTICE. SADISTIC.   SO APPLY THE HOSPITAL STAFF WHO HAVE THE POWER TO STOP THE DEFENDANT DR BEMPROD FROM HIS OPPRESIVE TACTICS UNTO THEIR PATIENT FRANK MASCHRENA. YET THEY ARE HELPING HIM EXTORT AND COERCE THE PLAINTIFF WHICE MEANS BY LAW THEY ARE MORE OF A CIVIL LIABILITY DUE TO THE FACT THAT THEY ARE HIS EMPLOYER. THEY HAVE THE POWER TO HOLD HIS ACTIONS ACCOUNTABLE. INSTEAD THEY ADHERE. THESE TACTICS ARE INTIMIDATING AND CAUSE ANXIETY, FEAR, LOSS OF APPETITE. LOSS OF SLEEP. STRESS AND DEPPRESION. EVERY HOUR AND EVERY DAY IN NO DOUBT BY LAW ARE THE DEFENDANTS LIABLE FOR DAMAGES.

(28)

MOREOVER. ONE OF THE CRIMINAL CHARGES, OUT OF THE 5 DATES BACK TO 2018. AND IN 2 OTHERS WHICH ARE PFMA CHARGES, THE VICTIM HAS FELL OUT OF CONTACT WITH THE INVESTIGATORS AND HAS NEVER ATTENDED 1 COURT HEARING. AND THE PLAINTIFF OF THIS COMPLAINT WISHES TO GET THIS SITUATION TAKEN CARE OF DUE TO THE FACT THAT IT KEEPS DRAGGING ON FOR YEARS AND YEARS. AND IF DR. CHESSEN DID REPORT THAT THE PLAINTIFF WOULD MOST LIKELY NEVER BE FOUND FIT TO PROCEED YET THE DEFENDANTS ARE TALKING ABOUT GOING BEYOND THE 90 DAY ORIGINAL EVALUATION IN ORDER TO COMPELL MEDICATION THAT IS UNNEEDED AND WAIST MORE TIME TO SEND THE PLAINTIFF BACK TO THE HEART OF THE PROBLEM. THEN THIS EQUALS MORE DILIBERATE INDIFFERANCE, AND PROVES THE STRUCTURE OF A BAD FORMAT OF CARE. THE RELATIONSHIP AND AGREEMENT TO UNCOMFORTABLE DOSAGE OF MEDICATION BETWEEN PLAINTIFF AND DEFENDANTS IS NOT THE SAME. THE TIME OF 90 DAYS IS NOW AN ISSUE WITCH ALSO VIOLATES THE PLAINTIFFS RIGHT TO FAIR AND SPEEDY TRIAL ARE MORE ASCERTAINED. BUT WHAT IS THE POINT OF ANYMORE OF THIS ATTEMPT TO GET THE PLAINTIFF FIT IF AN EXPERT ALREADY MADE IT CLEAR IT MORE THAN LIKELY WONT EVER HAPPEN. ANY GOOD OR FAIR DOCTOR WOULD LOOK AT WHATS BEST FOR HIS PATIENT. BUT THAT NOT THE CASE HERE. THE PLAINTIFF HAS BEEN IN NO TROUBLE SINCE HE HAS BEEN HERE WITH ZERO WRITE-UPS OR IN YELLOWSTONE COUNTY DETENTION. NOTHING MAJOR. SO ANY MORE HEARING TO COMPELL TIME OR MEDS ARE UNFAIR. THIS IS A CIRCUMSTANCE THAT BRINGS MULTIPLE TYPES OF INJURY. FROM CIVIL INJURY. AND IRREPARABLE DUE TO THE POST DRAMATIC STRESS THATS CAUSED WHEN PEOPLE IN POSITIONS TO OVER POWER AND UNFAIRLY MISTREAT AN INDIVIDUAL. TO PUT FEAR INTO THEM BRINGS PERMANENT AND PERSONAL INJURY BY CHASTISING AND DE-HUMANIZING THEM. THIS IS REAL AND A VIOLATION OF THE PLAINTIFF CONSTITUTIONAL RIGHTS. FROM THE DEFENDANT, AN ACT OF OMMISION TO IGNORE THE PROPER PROCEDURES OF CORRECT THERAPY.

THIS TYPE OF NEGLECT MUST INCLUDE FUTURE DETRIMENT AND THESE TYPES OF PROCEDURES ARE UNLAWFUL AND CRUEL.

## RELIEF REQUESTED

THE WILLFUL INTENT TO VIOLATE THE PLAINTIFFS CIVIL, AND HUMAN RIGHTS BY CAUSING DEEP EMOTIONAL PAIN, AND SUFFERING WILL LAST HIM HIS LIFETIME. AND THE LOSS OF THE ENJOYMENT, OF THE THINGS HE ENJOYED DOING, BEFORE THIS PLACEMENT IN M.S.H FORENSIC UNIT ARE NO LONGER AS APPEALING SINCE HE ARRIVED HERE. THE DEFENDANTS HAVE DONE ALL THEY CAN TO MAKE HIS LAW STUDIES AND EFFORTS SEEM LIKE HE DOESNT HAVE WHAT IT TAKES TO BECOME A FUTURE LAWYER, AND TRIED TO KEEP HIM FROM STUDYING THE LAW BOOKS. HE HAD TO FILE A CLASS ACTION TO GET SOME RULES CHANGED IN THAT ISSUE. OR FOR STAFF TO ALLOW HIM TO STUDY THEM BOOKS. THIS IS A MENTAL ILLNESS INSTITUTION BUT THE STRESS THE DEFENDANTS ARE CAUSING IS NOT AT ALL HEALTHY. 0.6 - 1.2 IS THE THERAPEUTIC RANGE OF LITHIUM. SOME FOLKS ARE FINE AT 0.6 AND SOME ARE BETTER AT 0.9, BUT IF THE DOCTOR SAYS IT NEEDS TO GO UP TO 1.2 BUT THE PATIENT FEELS SICK OR ILL THEN THE DOCTOR NEEDS TO RESPECT THIS REQUEST. AND IF 300 MGS A DAY MEETS AROUND 0.9 IN THAT PATIENT THEN THATS WHERE EXACTLY THE THERAPEUTIC LEVEL FOR THAT INDIVIDUAL MUST REMAIN. BUT TO USE INTIMIDATION AND EXTORT AN INDIVIDUAL TO TAKE DOSES THAT HIS BODY DOES NOT FEEL COMFORTABLE WITH IS MEDICAL MALPRACTICE. THIS IS THE DEFENDANTS NEGLEGENCE AND OPPRESIVE TACTICS. THE PLAINTIFF REQUEST DECLERATORY AND INJUNCTIVE RELIEF THRU RULE 65 (a) (b) OF THE FEDRCIVP ALONG WITH COMPENSATORY DAMAGES, AND PUNITIVE AWARD, EXEMPLARY DAMAGES FOR THE OPPRESIVE TACTICS THE DEFENDANTS ARE USING. IN CERTAIN AWARD THE PLAINTIFF SEEKS JOINT AND SEVERAL PLUS MONTANA STATE HOSPITAL FOR EXCESS LIABILITY DAMAGES. THIS IS FOR THE DAMAGES EXPLAINED IN THE COMPLAINT. THIS IS DUE TO THE FACT THAT THE DEFENDANTS ACTIONS HAVE VIOLATED THE PLAINTIFFS 8TH AMERICAN AMENDMENT. AND 14 SECTION 1 IN NO DOUBT.

(30)

# COMPLAINT
## DAMAGES

THE PLAINTIFF SEEKS DECLERATORY, INJUNCTIVE - TEMPORARY RESTRAINING ORDER. COMPENSATORY, PUNITIVE, AND EXEMPLARY DAMAGES. FOR MENTAL ANGUISH, EMOTIONAL DISTRESS, FUTURE DETRIMENT. AND N LOSS OF ESTABLISHED WAY OF LIFE. FOR THE ACTIONS OF THE DEFENDANTS TORTURE UNTO THE PLAINTIFF.

1. DECLERATORY RELIEF IS REQUESTED FOR THE DEFENDANTS TO ADMIT THEIR TACTICS ARE CRUEL AND UNUSUAL AND CONSTITUED CRUEL. AND ANYTHING ELSE THE JUDGE SEE FIT

2. RULE 65 (A) (B) FOR THE DEFENDANTS TO BE KEPT FROM ISSUING LONGER TIME THEN 90 DAYS AND UNWANTED MEDICATION. ORDERING THEM TO STOP HARRASSING THE PLAINTIFF

3. COMPENSATORY DAMAGES DUE TO THE UNLAWFULL PROCEEDURES THAT ARE CAUSING THE DAMAGES BY USING COERCION AND EXTORTION TACTICS. KNOWLEDGE OF WRONG DOINGS

4. PUNITIVE AWARD. FROM THE ACTUAL PERIOD OF TIME OF DELLIBERATE INDEFFERANCE

5. EXEMPLARY DAMAGES FOR THE PURPOSEFULLY SADESTIC OPPRESIVE TACTICS USED.

### AWARD REQUESTED

DEFENDANT: DR BEMPROD. FOR THE SCOPE OF PERMANENCE OF INJURY HE CAUSED TO THE PLAINTIFF AND PAIN AND MENTAL AND EMOTIONAL DISTRESS WITH PT·SD FUTURE DETRIMENT. FROM THE LENGTH OF EMOTIONAL RECOVERY AND DISRUPTION IN THE PLAINTIFFS LIFE. $50,000 IN HIS INDIVIDUAL CAPACITY. $250,000 IN OFFICIAL CAPACITY $200,000 JOINT AND SEVERAL.

DEFENDANT: MONTANA STATE HOSPITAL. FOR THE SAME VIOLATIONS DEFENDANT DR BEMPROD ABOVE IS RESPONSIBLE FOR, AND MORE FOR THE ROLE THEY PLAY AS A STATE FACILITY AND HELPING HIM ABUSE AND CAUSE HARM TO THE VICTIM, FRANK MASCARENA. $900,000 IN IT'S INDIVIDUAL AND OFFICIAL TOTAL. THESE COST ARE OWED TO THE PLAINTIFF AND ANYTHING ELSE THE COURT SEES FIT.

TOTAL 1,400,000.⁰⁰ FROM DEFENDANTS TO THE PLAINTIFF.

RESPECTFULLY SUBMITTED BY

FRANK MASCARENA                11-20-2022    DOB 03-22-1979

EXECUTED AT M.SH FORENSIC UNIT 360 GALEN WAY DEER LODGE MONTANA 59722

PURSUANT TO 28 USC § 1746 UNSWORN DECLERATIONS UNDER PENALTY OF PERJURY. F.M

JURY DEMAND REQUESTED PURSUANT TO AMENDMENT 7 US CONSTITUTION. F·M